# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

MICHAEL TRANTER, AS THE ADMINISTRATOR OF THE ESTATE OF J.V., A MINOR, AND ADMINISTRATOR AD PROSEQUENDUM OF THE ESTATE AND LUCERO VAZQUEZ, INDIVIDUALLY, VEYSEL ERDAL GULERTEKIN, AS THE ADMINISTRATOR OF THE ESTATE OF EILEEN ZELIS ARIA, HOLLY KEHLER, ON BEHALF OF THE BENEFICIARIES OF THE ESTATE OF DENNIS L. KEHLER, ANTHONY ELLIS, QUWANJAY ELLIS, CHENG YING LIAN, INDIVIDUALLY, AND AS PARENT AND NATURAL GUARDIAN OF I.O., A MINOR, JULIA KHAN, JORGE MORETA, MELANIE MORETA, EDILMA DEL ROCIO ESTUPINAN CABRERA, DENNIS ANANE, HOULEYE CAMARA, AS PARENT AND NATURAL GUARDIAN OF M.F., A MINOR, AMINATA FOFANA, FATOUMATA TRAORE, AS PARENT AND NATURAL GUARDIAN OF A.D., A MINOR FATOUMATA TRAORE, AS PARENT AND NATURAL GUARDIAN OF A.A.D., A MINOR AND FATOUMATA TRAORE, AS PARENT AND NATURAL GUARDIAN OF C.D., A MINOR

v.

Z&D TOUR, INC., OHIO COACH, INC. D/B/A OHIOCOACH.COM, FED EX GROUND PACKAGE SYSTEM, INC. AND SIOUX TRUCKING, INC.

PETITION OF:  FEDEX GROUND PACKAGE SYSTEM, INC., SIOUX TRUCKING, INC AND BRANDON STOWERS

No. 367 EAL 2023

Petition for Allowance of Appeal from the Order of the Superior Court

TAYLOR TEETS : No. 368 EAL 2023
:
:
:
v. : Petition for Allowance of Appeal
: from the Order of the Superior Court
:
UNITED PARCEL SERVICE, INC. C/O :
CORPORATION SERVICE COMPANY, :
UNITED PARCEL SERVICE, INC., PENSKE :
TRUCK LEASING COMPANY, L.P., :
PENSKE TRUCK LEASING :
CORPORATION, PENSKE AUTOMOTIVE :
GROUP, PENSKE CORPORATION, Z&D :
TOURS, INC., JAGUAR TICKET, INC. :
D/B/A OHIOCOACH.COM, FEDEX :
GROUND PACKAGE SYSTEM, INC., :
FEDEX CORPORATION, RYDER TRUCK :
RENTAL, INC., RYDER SYSTEM, INC., :
SIOUX TRUCKING, INC., BRANDON :
STOWERS :
:
:
:
PETITION OF: FEDEX GROUND :
PACKAGE SYSTEM, INC., SIOUX :
TRUCKING, INC. AND BRANDON :
STOWERS :

LUCERO VAZQUEZ, AMAD HUSSAIN, : No. 369 EAL 2023
JULIA KHAN, AS PARENT AND NATURAL :
GUARDIAN OF A.A, A MINOR, TAURELL :
FAVORS, AND ALEXIS HUMBLE : Petition for Allowance of Appeal
: from the Order of the Superior Court
:
v. :
:
:
Z&D TOUR, INC., OHIO COACH, INC. :
D/B/A OHIOCOACH.COM, FED EX :
GROUND PACKAGE SYSTEM, INC., AND :
SIOUX TRUCKING, INC. :
:
:
PETITION OF: FEDEX GROUND :
PACKAGE SYSTEM, INC., SIOUX :
TRUCKING, INC. AND BRANDON :
STOWERS :

| | | |
|---|---|---|
| XUE-ZHEN CHEN, WEI-HUI HUANG, GUI-YING REN, ZHEN FENG, ZI WEI LI, SUKIE ZHENG AND SHENYUE CAO | : | No. 370 EAL 2023 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| FEDEX GROUND PACKAGE SYSTEM, INC., FEDEX CORPORATION, RYDER TRUCK RENTAL, INC., RYDER SYSTEM, INC., SIOUX TRUCKING, INC., BRANDON STOWERS, UNITED PARCEL SERVICE, INC., UNITED PARCEL SERVICE, INC., PENSKE TRUCK LEASING COMPANY, L.P., PENSKE TRUCK LEASING CORPORATION, PENSKE AUTOMOTIVE GROUP, PENSKE CORPORATION, Z&D TOUR, INC., JAGUAR TICKET, INC. | : | |

PETITION OF: FEDEX GROUND PACKAGE SYSTEM, INC., SIOUX TRUCKING, INC. AND BRANDON STOWERS

| | | |
|---|---|---|
| XUE-ZHEN CHEN, WEI-HUI HUANG, GUI-YING REN, ZHEN FENG, ZI WEI LI, SUKIE ZHENG AND SHENYUE CAO | : | No. 371 EAL 2023 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| FEDEX GROUND PACKAGE SYSTEM, INC., FEDEX CORPORATION, RYDER TRUCK RENTAL, INC., RYDER SYSTEM, INC., SIOUX TRUCKING, INC., BRANDON STOWERS, UNITED PARCEL SERVICE, INC., UNITED PARCEL SERVICE, INC., PENSKE TRUCK LEASING COMPANY, L.P., PENSKE TRUCK LEASING CORPORATION, PENSKE AUTOMOTIVE GROUP, PENSKE CORPORATION, Z&D TOUR, INC., JAGUAR TICKET, INC. | : | |

PETITION OF:  FEDEX GROUND
PACKAGE SYSTEM, INC., SIOUX
TRUCKING, INC. AND BRANDON
STOWERS
XUE-ZHEN CHEN, WEI-HUI HUANG, GUI-
YING REN, ZHEN FENG, ZI WEI LI, SUKIE
ZHENG AND SHENYUE CAO

                  v.

FEDEX GROUND PACKAGE SYSTEM,
INC., FEDEX CORPORATION, RYDER
TRUCK RENTAL, INC., RYDER SYSTEM,
INC., SIOUX TRUCKING, INC., BRANDON
STOWERS, UNITED PARCEL SERVICE,
INC., UNITED PARCEL SERVICE, INC.,
PENSKE TRUCK LEASING COMPANY,
L.P., PENSKE TRUCK LEASING
CORPORATION, PENSKE AUTOMOTIVE
GROUP, PENSKE CORPORATION, Z&D
TOUR, INC., JAGUAR TICKET, INC.

PETITION OF:  PENSKE TRUCK LEASING
COMPANY, L.P., PENSKE TRUCK
LEASING CORPORATION, PENSKE
AUTOMOTIVE GROUP AND PENSKE
CORPORATION

MICHAEL TRANTER, AS THE
ADMINISTRATOR OF THE ESTATE OF
J.V., A MINOR, AND ADMINISTRATOR AD
PROSEQUENDUM OF THE ESTATE AND
LUCERO VAZQUEZ, INDIVIDUALLY,
VEYSEL ERDAL GULERTEKIN, AS THE
ADMINISTRATOR OF THE ESTATE OF
EILEEN ZELIS ARIA, HOLLY KEHLER, ON
BEHALF OF THE BENEFICIARIES OF THE
ESTATE OF DENNIS L. KEHLER,
ANTHONY ELLIS, QUWANJAY ELLIS,
CHENG YING LIAN, INDIVIDUALLY, AND
AS PARENT AND NATURAL GUARDIAN

No. 372 EAL 2023

Petition for Allowance of Appeal
from the Order of the Superior Court

No. 373 EAL 2023

Petition for Allowance of Appeal
from the Order of the Superior Court

OF I.O., A MINOR, JULIA KHAN, JORGE      :
MORETA, MELANIE MORETA, EDILMA          :
DEL ROCIO ESTUPINAN CABRERA,            :
DENNIS ANANE, HOULEYE CAMARA, AS        :
PARENT AND NATURAL GUARDIAN OF          :
M.F., A MINOR, AMINATA FOFANA,          :
FATOUMATA TRAORE, AS PARENT AND         :
NATURAL GUARDIAN OF A.D., A MINOR       :
FATOUMATA TRAORE, AS PARENT AND         :
NATURAL GUARDIAN OF A.A.D., A           :
MINOR AND FATOUMATA TRAORE, AS          :
PARENT AND NATURAL GUARDIAN OF          :
C.D., A MINOR                           :
                                        :
                                        :
                                        :
            v.                          :
                                        :
                                        :
                                        :
Z&D TOUR, INC., OHIO COACH, INC.        :
D/B/A OHIOCOACH.COM, FED EX             :
GROUND PACKAGE SYSTEM, INC. AND         :
SIOUX TRUCKING, INC.                    :
                                        :
                                        :
                                        :
PETITION OF:  PENSKE TRUCK LEASING      :
COMPANY, L.P., PENSKE TRUCK             :
LEASING CORPORATION, PENSKE             :
AUTOMOTIVE GROUP AND PENSKE             :
CORPORATION                             :

TAYLOR TEETS                            :    No. 374 EAL 2023
                                        :
                                        :
            v.                          :    Petition for Allowance of Appeal
                                        :    from the Order of the Superior Court
                                        :
UNITED PARCEL SERVICE, INC. C/O         :
CORPORATION SERVICE COMPANY,            :
UNITED PARCEL SERVICE, INC., PENSKE     :
TRUCK LEASING COMPANY, L.P.,            :
PENSKE TRUCK LEASING                    :
CORPORATION, PENSKE AUTOMOTIVE          :
GROUP, PENSKE CORPORATION, Z&D          :
TOURS, INC., JAGUAR TICKET, INC.        :
D/B/A OHIOCOACH.COM, FEDEX              :
GROUND PACKAGE SYSTEM, INC.,            :

FEDEX CORPORATION, RYDER TRUCK
RENTAL, INC., RYDER SYSTEM, INC.,
SIOUX TRUCKING, INC., BRANDON
STOWERS

PETITION OF:  PENSKE TRUCK LEASING
COMPANY, L.P., PENSKE TRUCK
LEASING CORPORATION, PENSKE
AUTOMOTIVE GROUP AND PENSKE
CORPORATION

LUCERO VAZQUEZ, AMAD HUSSAIN,
JULIA KHAN, AS PARENT AND NATURAL
GUARDIAN OF A.A, A MINOR, TAURELL
FAVORS, AND ALEXIS HUMBLE

       v.

Z&D TOUR, INC., OHIO COACH, INC.
D/B/A OHIOCOACH.COM, FED EX
GROUND PACKAGE SYSTEM, INC., AND
SIOUX TRUCKING, INC.

PETITION OF:  PENSKE TRUCK LEASING
COMPANY, L.P., PENSKE TRUCK
LEASING CORPORATION, PENSKE
AUTOMOTIVE GROUP AND PENSKE
CORPORATION

XUE-ZHEN CHEN, WEI-HUI HUANG, GUI-
YING REN, ZHEN FENG, ZI WEI LI, SUKIE
ZHENG AND SHENYUE CAO

       v.

FEDEX GROUND PACKAGE SYSTEM,
INC., FEDEX CORPORATION, RYDER
TRUCK RENTAL, INC., RYDER SYSTEM,
INC., SIOUX TRUCKING, INC., BRANDON
STOWERS, UNITED PARCEL SERVICE,

No. 375 EAL 2023


Petition for Allowance of Appeal
from the Order of the Superior Court


No. 376 EAL 2023


Petition for Allowance of Appeal
from the Order of the Superior Court

INC., UNITED PARCEL SERVICE, INC.,            :
PENSKE TRUCK LEASING COMPANY,                 :
L.P., PENSKE TRUCK LEASING                     :
CORPORATION, PENSKE AUTOMOTIVE                 :
GROUP, PENSKE CORPORATION, Z&D                 :
TOUR, INC., JAGUAR TICKET, INC.               :
                                              :
                                              :
PETITION OF:  PENSKE TRUCK LEASING            :
COMPANY, L.P., PENSKE TRUCK                    :
LEASING CORPORATION, PENSKE                    :
AUTOMOTIVE GROUP AND PENSKE                    :
CORPORATION                                    :
MICHAEL TRANTER, AS THE                       :    No. 377 EAL 2023
ADMINISTRATOR OF THE ESTATE OF                :
J.V., A MINOR, AND ADMINISTRATOR AD           :
PROSEQUENDUM OF THE ESTATE AND                :    Petition for Allowance of Appeal
LUCERO VAZQUEZ, INDIVIDUALLY,                 :    from the Order of the Superior Court
VEYSEL ERDAL GULERTEKIN, AS THE               :
ADMINISTRATOR OF THE ESTATE OF                :
EILEEN ZELIS ARIA, HOLLY KEHLER, ON           :
BEHALF OF THE BENEFICIARIES OF THE            :
ESTATE OF DENNIS L. KEHLER,                    :
ANTHONY ELLIS, QUWANJAY ELLIS,                :
CHENG YING LIAN, INDIVIDUALLY, AND            :
AS PARENT AND NATURAL GUARDIAN                :
OF I.O., A MINOR, JULIA KHAN, JORGE           :
MORETA, MELANIE MORETA, EDILMA                :
DEL ROCIO ESTUPINAN CABRERA,                  :
DENNIS ANANE, HOULEYE CAMARA, AS              :
PARENT AND NATURAL GUARDIAN OF                :
M.F., A MINOR, AMINATA FOFANA,                :
FATOUMATA TRAORE, AS PARENT AND               :
NATURAL GUARDIAN OF A.D., A MINOR             :
FATOUMATA TRAORE, AS PARENT AND               :
NATURAL GUARDIAN OF A.A.D., A                  :
MINOR AND FATOUMATA TRAORE, AS                :
PARENT AND NATURAL GUARDIAN OF                :
C.D., A MINOR                                  :
                                              :
                                              :
               v.                              :
                                              :
                                              :
                                              :
Z&D TOUR, INC., OHIO COACH, INC.              :
D/B/A OHIOCOACH.COM, FED EX                    :

GROUND PACKAGE SYSTEM, INC. AND
SIOUX TRUCKING, INC.

PETITION OF:  UNITED PARCEL
SERVICE, INC.

TAYLOR TEETS                              :   No. 378 EAL 2023

             v.                 :   Petition for Allowance of Appeal
                                                                     from the Order of the Superior Court

UNITED PARCEL SERVICE, INC. C/O
CORPORATION SERVICE COMPANY,
UNITED PARCEL SERVICE, INC., PENSKE
TRUCK LEASING COMPANY, L.P.,
PENSKE TRUCK LEASING
CORPORATION, PENSKE AUTOMOTIVE
GROUP, PENSKE CORPORATION, Z&D
TOURS, INC., JAGUAR TICKET, INC.
D/B/A OHIOCOACH.COM, FEDEX
GROUND PACKAGE SYSTEM, INC.,
FEDEX CORPORATION, RYDER TRUCK
RENTAL, INC., RYDER SYSTEM, INC.,
SIOUX TRUCKING, INC., BRANDON
STOWERS

PETITION OF:  UNITED PARCEL
SERVICE, INC.

LUCERO VAZQUEZ, AMAD HUSSAIN,      :   No. 379 EAL 2023
JULIA KHAN, AS PARENT AND NATURAL
GUARDIAN OF A.A, A MINOR, TAURELL
FAVORS, AND ALEXIS HUMBLE         :   Petition for Allowance of Appeal
                                                                     from the Order of the Superior Court

             v.

Z&D TOUR, INC., OHIO COACH, INC.
D/B/A OHIOCOACH.COM, FED EX
GROUND PACKAGE SYSTEM, INC., AND
SIOUX TRUCKING, INC.

PETITION OF: UNITED PARCEL
SERVICE, INC.

XUE-ZHEN CHEN, WEI-HUI HUANG, GUI-
YING REN, ZHEN FENG, ZI WEI LI, SUKIE
ZHENG AND SHENYUE CAO

          v.

FEDEX GROUND PACKAGE SYSTEM,
INC., FEDEX CORPORATION, RYDER
TRUCK RENTAL, INC., RYDER SYSTEM,
INC., SIOUX TRUCKING, INC., BRANDON
STOWERS, UNITED PARCEL SERVICE,
INC., UNITED PARCEL SERVICE, INC.,
PENSKE TRUCK LEASING COMPANY,
L.P., PENSKE TRUCK LEASING
CORPORATION, PENSKE AUTOMOTIVE
GROUP, PENSKE CORPORATION, Z&D
TOUR, INC., JAGUAR TICKET, INC.

No. 380 EAL 2023

Petition for Allowance of Appeal
from the Order of the Superior Court

PETITION OF: UNITED PARCEL
SERVICE, INC.

XUE-ZHEN CHEN, WEI-HUI HUANG, GUI-
YING REN, ZHEN FENG, ZI WEI LI, SUKIE
ZHENG AND SHENYUE CAO

          v.

FEDEX GROUND PACKAGE SYSTEM,
INC., FEDEX CORPORATION, RYDER
TRUCK RENTAL, INC., RYDER SYSTEM,
INC., SIOUX TRUCKING, INC., BRANDON
STOWERS, UNITED PARCEL SERVICE,
INC., UNITED PARCEL SERVICE, INC.,
PENSKE TRUCK LEASING COMPANY,
L.P., PENSKE TRUCK LEASING
CORPORATION, PENSKE AUTOMOTIVE

No. 381 EAL 2023

Petition for Allowance of Appeal
from the Order of the Superior Court

GROUP, PENSKE CORPORATION, Z&D    :
TOUR, INC., JAGUAR TICKET, INC.    :
    :
    :
PETITION OF:  UNITED PARCEL    :
SERVICE, INC.

## **ORDER**

**PER CURIAM**

**AND NOW**, this 2nd day of April, 2024, the Petitions for Allowance of Appeal are **GRANTED**. The Prothonotary is directed to consolidate these cases and to schedule them to be argued together. The issue, rephrased for clarity, is:

> In reversing the trial court's order, which transferred the underlying actions to the county in which the incident giving rise to the claims occurred, did the Superior Court misapply the doctrine of *forum non conveniens*?

The Applications For Relief To File No Answer Letter *Nunc Pro Tunc* are **GRANTED**.

The Applications For Leave To File *Amici Curiae* Brief in Support of Petitions For Allowance of Appeal are **GRANTED**.